CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 2 4 2009

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

ADAM CASEY,     )     Civil Action No. 7:09-cv-00298
    Plaintiff,     )
         )
v.     )     **ORDER**
         )
RONALD LEWIS NAPIER, <u>et al.</u>,     )     By:  Hon. Jackson L. Kiser
    Defendants.     )     Senior United States District Judge

In accordance with the written memorandum opinion entered this day, it is hereby

## ORDERED

that plaintiff's complaint is **DISMISSED** for failing to state a claim upon which relief may be granted and for seeking monetary relief from a defendant who is immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(1)-(2), and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: This 24th day of July, 2009.

Senior United States District Judge